UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
DEBORAH ABEEL, et al.,                    :  Case No. 12-cv-4269
                                          :
                        Plaintiffs,       :  **ORDER AND JUDGMENT**
                                          :
         - against -                      :
                                          :
BANK OF AMERICA, N.A., et al.,            :
                                          :
                        Defendants.       :
-------------------------------------------------------------------- x

Upon the motion to sever, or alternatively to transfer, brought by Defendants OneWest Bank, F.S.B. and PNC Bank, National Association dated October 4, 2012 [Docket Entry 26], the motions to dismiss of Defendants JP Morgan Chase Bank, N.A. and Wells Fargo & Company, the proceedings before the Court held on October 31, 2012 and November 9, 2012, transcripts of which are attached as Exhibits 1 and 2 respectively, and all other proceedings and filings herein, it is ORDERED, ADJUDGED and DECREED as follows:

    1.      The claims of all Plaintiffs, except Deborah Abeel, are dismissed without prejudice.

    2.      The claims of Plaintiff Deborah Abeel are transferred to the United States District Court for the Central District of California.

    3.      The Clerk of the Court is directed to effectuate the transfer of Plaintiff Deborah Abeel's claims against all Defendants to the United States District Court for the Central District of California and to close this case in this Court.

    4.      Each party is to bear its own costs and expenses, including attorneys' fees.

    5.      To the extent Defendants are deemed to have been validly served and are required to respond to the Amended Complaint that was filed by Deborah Abeel on or about October 25,



2012, which was later replaced by a purported Errata on or about November 2, 2012, Defendants' time to respond is stayed until twenty-one days following the effectuation of the transfer of this case to the United States District Court for the Central District of California.

Dated: Brooklyn, New York
November 1?, 2012

_____
Honorable Jack B. Weinstein
United States District Judge